Ramon Murillo P43503
480 Alta Road
San Diego, CA 92179

# In The United States Court Of Federal Claims

Ramon A. Murillo

v.

The United States
[Real party IRS Commissioner]

Case No. 1:23cv-01047-MHS
Judge: Matthew H. Solomon

Plaintiff's Statement As To Courts-Directed ADR Program

To The Hon. Matthew H. Solomon, Judge;

In accord with Appendix H of the Rules of this Court as to the Court-Directed ADR Program, Plaintiff states the following:

1. Plaintiff believes this case is appropriate for either "Early Neutral Evaluation" ("ENE") or settlement mediation conference before a settlement judge, plaintiff is willing to participate.

2. This case is appropriate for ADR because it's a "Claim for Refund" from the IRS. The IRS on October 17, 2022 issue a Adjustment Letter for tax year 2020 for a refund due plaintiff of $3,600.00 and the refund has not been issued, nor did the IRS issue notice of disallowance or of best collection and on October 28, 2022, The IRS issued a Refund check for 2018, check no 11078415, dated 10-28-22, that was return to the IRS. On March 3, 2023, The Philadelphia, PA, office issue a letter that it would take up-to 60 days to process the return check and make requested adjustments, check has not been issue no...

On or about January 24, 2023, The IRS issue a 1099-I – Interest paid in 2022 of $359.07, that plaintiff still has not received. On March 7, 2023, the IRS issue a Adjustment letter that my 8863 requested refundable refund for Educational credit of $1,800, was reduce to $1,000 for tax year 2022. Plaintiff filed/wrote a letter contesting the adjustment, the IRS did not reverse or even provide the plaintiff a reply, plaintiff claim He still owed $800.00.

3. This case can be resolved in Early neutral evaluation or settlement mediation, as no notices of disallowances where issue, the only issue to resolve is when will defendants issue the Refund check and interest, and court cost and incurred cost.

4. The Issue before this court is – why has the IRS not issued the Approved 2020 – $3,600 refund, 2022 interest of $359.07, 2018 approved in 2022 Refund of $2006.20, to plaintiff, after 9 months.

For This Reasons the plaintiff does motion the court to order court-directed ADR.

Respectfully

Ramon Murillo

2 of 2

1:23 CV – 01047 – MHS     ADR STATEMENT

FIRST-CLASS MAIL
$00.87
Hasler 07/20/2023 US POSTAGE
ZIP 92179 011D11648136

U.S Court of Federal Claims
717 Madison Place, N.W
Washington, DC, 20439

RECEIVED
JUL 27 2023
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

J W2813 K26616
480 Alta Road
San Diego, CA, 92175

★ LEGAL Mail ★